```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 18018
    ANNIE PARKER
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-4916


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/02/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 11/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED              592.00          .00             .00
FORD MOTOR CREDIT COMPAN  SECURED NOT I      NOT FILED         .00             .00
POPULAR MORTGAGE SERVICI  CURRENT MORTG          .00           .00             .00
POPULAR MORTGAGE SERVICI  MORTGAGE ARRE     21200.00           .00             .00
SBC                       UNSEC W/INTER     NOT FILED         .00             .00
COMCAST                   UNSEC W/INTER     NOT FILED         .00             .00
HSBC NV                   UNSEC W/INTER     NOT FILED         .00             .00
AMOCO LLC                 UNSEC W/INTER     NOT FILED         .00             .00
AMOCO LLC                 UNSEC W/INTER     NOT FILED         .00             .00
MT SINAI HOSPITAL         UNSEC W/INTER     NOT FILED         .00             .00
MT SINAI HOSPITAL         UNSEC W/INTER     NOT FILED         .00             .00
SINAI MEDICAL GROUP       UNSEC W/INTER     NOT FILED         .00             .00
SINAI MEDICAL GROUP       UNSEC W/INTER     NOT FILED         .00             .00
SINAI MEDICAL GROUP       UNSEC W/INTER     NOT FILED         .00             .00
DIRECTV                   UNSEC W/INTER     NOT FILED         .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER       1087.84          .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,193.00                          .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                          2,167.83

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  2,167.83

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                  2,167.83
                         --------------      --------------
TOTALS                   2,167.83             2,167.83


                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 18018 ANNIE PARKER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/13/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE